# Court of Criminal Appeals

Willie Lee Ockletree

v

State of Texas

Trial Court Cause No. #71320
Court of Appeals No. 03-14-00046-CR

extension granted to 12/21/15 #C

RECEIVED IN 11-17-15
COURT OF CRIMINAL APPEALS

NOV 17 2015

Abel Acosta, Clerk

Nov. 12, 2015 ...

## Motion for Leave of Court

I come before the Honorable Court asking that time be granted due to a Motion for rehearing which still abides in the Court of Appeals and further I ask that until my motion for rehearing has been decided upon that my time for PDR be extended until after the rehearing has been answered.

## OVERVIEW:

I was found guilty Sentenced to 75yrs. Made Oral Motion For New Trial after my Trial Attorney was dismissed/withdrew. I was assigned an Attorney on Appeal who has misquoted the facts of my Case, Unto Court of Appeals.

FILED IN
COURT OF CRIMINAL APPEALS

NOV 17 2015

Abel Acosta, Clerk

. Further if it pleases the court I ask the Honorable Court to allow me Leave of Court in order to submit data which will clarify the Statement of Facts which State I was charged by Indictment 2 Counts I Injury to Elderly, II Aggr. Ass.

As well I ask the Honorable Courts to Sustain my objections to the fact of which Statute I was Sentenced under (12.42(b))-(12,32). This is very unreasonable in fact wrong I was Sentenced under (12.42(D)) not so in Memorandum Opinion of Aug 6th from Court of Appeals.

Secondly I Motion for:

a Extended Time to present Grounds for My P.D.R.:

1. Due process Violations Concerning Motion for New Trial

2. Due process Violations Concerning Notice to Seek Enhancements

3. Abuse of Discretions on Motion for New Trial

4. Judicial Misconduct on Notice to Seek Enhancements

5. Prosecutorial Misconduct which took place in Voir Dire, Trial, Punishment.

6. Abuse of Discretion in which no Facts & Conclusions was entered Concerning direct Appeal (Insufficiencies)

7. Ineffective Assistance of Consel by which an Anders Brief was filed.

w—

I Willie Ockletree is filing in Layman Terms and ask the Honorable Court to Suspend Rules and grant me pursuant to Texas Rules of Appellante Procedure Rule 2.

And I further pray and ask the Court all remedy and relief as authorized by law under this pleading.

Defendant/ Willie Ockletree

Appealtee

# Motion For Evidentary Hearing

I Motion towards the Court that due to the foregoing reason which in fact would best satisfy the interest of Justice and fairness that a hearing be held in order to remedy all facts which concern the Court. It has long been understood by all Courts that life liberty and Justice does not exist where there is no Due Process of Law. Wherefore I pray and ask the Court for direction and time to proceed in a ethical Manner.

Appeallee / Willie Ockletree

* Please Forward to Court of Criminal Appeals...

*Please forward
to Court of Criminal Appeals

appalk / Willie Ocletetree

Thank You
Sincerely